IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOSEPH MICHAEL GILBY | § | CASE NO. 06-11863-BAM-13 |
| | § | CHAPTER 13 |
| | § | |
| | § | JUDGE MARKELL, BRUCE A. |

### REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter:

**Wells Fargo Bank, N. A. successor by merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage, Inc.**

and its successors and/or assigns.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the undersigned at the address indicated below.

MAIL TO :
P. O. Box 829009, Dallas, Texas  75382-9009

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Hilary B. Bonial
Hilary B. Bonial
F# 8095-N-6517
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Wells Fargo Bank, N. A. successor by merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage, Inc.

1

**CERTIFICATE OF SERVICE**

      I, Hilary B. Bonial, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before August 9, 2006:

**Debtor's Attorney**
David Krieger
Haines & Krieger L L C
1020 Garces
Ste 100
Las Vegas, Nevada 89101

**Chapter 13 Trustee**
Kathleen A. Leavitt
302 East Carson St, Suite 300
Las Vegas, Nevada  89101

                                          /s/ Hilary B. Bonial
                                          Hilary B. Bonial

8095-N-6517
noaelect