**Entered on Docket**
**March 22, 2010**

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wells Fargo Bank, N.A.
09-77536

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

Joseph Michael Gilby


                    Debtor

BK-06-11863-BAM

Date:  3/2/10
Time: 1:30pm

Chapter 13

## <u>ORDER VACATING AUTOMATIC STAY</u>

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

1    Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject

2    property, generally described as 1138 Sierra Laurel Ct., Henderson, NV 89014, and legally described as

3    follows:

4

5      Lot Thirty (30) in Block "K" of EMERALD VALLEY NO. 12-LEWIS HOMES, as shown by
  map thereof on file in Book 74 of Plats, page 46, in the of Office of the County Recorder, Clark

6      County, Nevada.

7      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby

8    withdraws its secured Proof of Claim filed in this matter.  The Secured Creditor shall notify the Trustee of

9    the completion of the foreclosure sale.  If applicable, Secured Creditor may thereafter amend its secured

10   Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

11     DATED this _____ day of _____, 2010.

12   Submitted by:

13   **WILDE & ASSOCIATES**

14   By:_____
 **Gregory L. Wilde, Esq.**

15    Attorney for Secured Creditor
 212 South Jones Boulevard

16    Las Vegas, Nevada 89107

17   APPROVED / DISAPPROVED

18   By:_____

19   David Krieger
 1020 Garces Ave.

20   Las Vegas, NV 89101
 Attorney for Debtor(s)

21

22   Nevada Bar No:_____

23

24   APPROVED / DISAPPROVED

25   By:_____
 Kathleen A Leavitt

26    201 Las Vegas Blvd., So. #200
 Las Vegas, NV  89101
 Chapter 13 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_____ No parties appeared or filed written objections, and the trustee is the movant.

__x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   __x__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _x___ failed to respond to the document


_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document


_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.


Submitted by:

/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor